**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| GEORG GARNITSCHNIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-cv-00774 |
| | ) |
| ZOLA P. HOROVITZ, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE AS TO DERIVATIVE AND CLASS CLAIMS**

Plaintiff Georg Garnitschnig ("Plaintiff"), and defendants Zola P. Horovitz, Paul H. Fischer, Wayne T. Hockmeyer, William N. Kelley, Kevin M. Rooney, Marc R. Schneebaum (collectively the "Individual Defendants"), and GenVec, Inc. (collectively, with the Individual Defendants, the "Defendants"), by and through their respective counsel, hereby stipulate to and seek the Court's dismissal of the Action (defined below) without prejudice.

RECITALS

WHEREAS, Plaintiff filed his verified derivative complaint with the Court in the above-captioned action (the "Action") on or around March 12, 2012;

WHEREAS, prior to and during the September 23, 2014 telephone status conference, an issue was raised to the Court concerning Plaintiff's continued standing to prosecute his derivative claims;

1

WHEREAS, an issue was also raised concerning the Court's subject-matter jurisdiction over the Action in light of an apparent absence of complete diversity of citizenship as between Plaintiff and the Individual Defendants;

WHEREAS, on October 17, 2014, Plaintiff's counsel filed a new action in this Court, entitled *Galitsis v. Swirsky, et al.,* Case No. 14-cv-3265, asserting the same derivative claims and class action claim contained in the amended complaint in the Action (excepting the dismissed corporate waste claim) (the "*Galitsis* Action");

WHEREAS, on October 17, 2014, Plaintiff's counsel filed a letter informing the Court of the commencement of the *Galitsis* Action and Plaintiff's counsel's position as to why the derivative claims and class action claim asserted by Plaintiff should be dismissed without prejudice and that notice to GenVec, Inc.'s stockholders is not required in this circumstance;

WHEREAS, the *Galitsis* Action and the Action have been related before this Court so that the *Galitsis* Action can proceed efficiently; and

WHEREAS, the parties to this stipulation believe that the Action should be dismissed with prejudice as to Plaintiff only but otherwise without prejudice;

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their respective undersigned counsel, and subject to the approval of the Court that the Action shall be dismissed with prejudice as to Plaintiff only but otherwise without prejudice.

Dated: November 20, 2014  **LEVI & KORSINSKY LLP**

By: /s/Nicholas Porritt

Nicholas I. Porritt (Bar No. 17078)
1101 30th Street, NW
Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
nporritt@zlk.com

*Attorneys for Plaintiff*

Dated: November 20, 2014  **HOGAN LOVELLS US LLP**

By: /s/ Scott Haiber

Steven F. Barley (Bar No. 10049)
Scott R. Haiber (Bar No. 25947)
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410) 659-2700
Fax: (410) 659-2701
steven.barley@hoganlovells.com
scott.haiber@hoganlovells.com

*Attorneys for Defendant GenVec, Inc.*

Dated:  November 20, 2014  **VINSON & ELKINS LLP**

By: __/s/ Lindsey Vaala_____

Lindsey R. Vaala (Bar No. 18252)
2200 Pennsylvania Ave NW, Suite 500 West
Washington, DC 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
lvaala@velaw.com

*Attorney for Defendants Zola P. Horvitz, Paul H. Fischer, Wayne T. Hockmeyer, William N. Kelley, Kevin M. Rooney, and Marc R. Schneebaum*

## **[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, the Court hereby dismisses the Action with prejudice as to Plaintiff only but otherwise without prejudice.

IT IS SO ORDERED.

DATED: November ___, 2014                              _____
                                                                                     The Honorable Paul W. Grimm
                                                                                     UNITED STATES DISTRICT JUDGE

4851-1123-8688, v. 2